In re CERBERUS CAPITAL MANAGEMENT, L.P.; Cerberus Partners, L.P.; Cerberus Associates LLC; Craig Court, Inc.; CRT Satellite Investors LLC; and Stephen A. Feinberg.

No. 03–04–00056–CV.

Court of Appeals of Texas, Austin.

July 29, 2004.

Harry M. Reasoner, Marie R. Yeates, Kenneth P. Held, Vinson & Elkins L.L.P., Charles W. Schwartz, Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates, Houston, for relator.

R. James George, Jr., Gary L. Lewis, D. Douglas Brothers, George & Brothers, L.L.P., Broadus A. Spivey, Spivey & Ainsworth, P.C., David E. Dunham, Donald R. Taylor, Miguel S. Rodriguez, Taylor & Dunham, L.L.P., Austin, for real party in interest.

John J. McKetta, III, Graves, Dougherty, Hearon & Moody P.C., Patton G. Lochridge, Scott P. Baker, McGinnis, Lochridge & Kilgore, Austin, for interested party.

Before Justices KIDD, B.A. SMITH and PEMBERTON.

### MEMORANDUM OPINION

PEMBERTON, Justice.

Relators filed a petition for writ of mandamus asking this Court to reverse the trial court's disqualification of relators' counsel. *See* Tex.R.App. P. 52. Mandamus is an extraordinary remedy, available only when a trial court clearly abuses its discretion and when there is no adequate remedy on appeal. *In re Ford Motor Co.,* 988 S.W.2d 714, 718 (Tex.1998). Applying this exacting standard to the briefing, argument, and record, we must deny relators' petition for writ of mandamus. *See* Tex.R.App. P. 52.8(a).